AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 21, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| PATRECE M. G.  *Plaintiff*  v.  MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY  *Defendant* | Civil Action No. 1:22-cv-03135-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Brief, ECF No. 13, is GRANTED. Defendant's Brief, ECF No. 15, is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  LONNY R. SUKO

Date: 5/21/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
   *(By) Deputy Clerk*
Wendy Kirkham